UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/9/09

BUNGE AGRIBUSINESS SINGAPORE
PTE. LTD.,

        Petitioner,

- against -

SAN HE HOPE FULL GRAIN OIL FOODS
PRODUCTION CO. LTD.,

        Respondent.

------------------------------------------------------------X

**ORDER**

09 Civ. 4708 (SAS)

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

        In an Order dated September 23, 2009, this Court granted Petitioner's, Bunge Agribusiness Singapore Pte. Ltd.'s ("Bunge"), unopposed motion to confirm five foreign arbitral awards and awarded Bunge attorneys' fees and costs associated with the confirmation proceeding . This Court awarded Bunge $37,538,614.43 for the amount due under all five arbitral awards, but attorneys' fees and costs were not assessed at that time. Bunge has since submitted Time and Expense Reports indicating that its attorneys' fees and costs for the confirmation proceeding total $34,128.45. Accordingly, the Clerk of the Court is directed to amend the judgement to include Bunge's attorneys' fees and costs. Bunge's total award is now $37,572,742.88.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:   New York, New York
         October 9, 2009

- Appearances -

**For Petitioner:**

Alexander Dushan Tripp, Esq.
Eaton & Van Winkle LLP
3 Park Avenue
New York , NY 10016-2078
(212) 779-9910